# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2025-1060
LT Case Nos. 2006-CF-014976-A
2007-CF-048281-B
2007-CF-049924-A

———————————————————

HENSHAVET RICARDO MATHIS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

3.800 Appeal from the Circuit Court for Brevard County.
Aaron J. Peacock, Judge.

Henshavet Ricardo Mathis, Wewahitchka, pro se.

James Uthmeier, Attorney General, Tallahassee, and Tabitha
Mills, Assistant Attorney General, Daytona Beach, for Appellee.

February 10, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and EDWARDS and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____